# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**625**

**OP 11-02595**

PRESENT: SCUDDER, P.J., CENTRA, LINDLEY, AND MARTOCHE, JJ.

---

IN THE MATTER OF MICHAEL R. PETRONE, PETITIONER,

V                                                                                    ORDER

VICTORIA M. ARGENTO, MONROE COUNTY COURT JUDGE,
RESPONDENT.

---

MULDOON & GETZ, ROCHESTER (MARTIN P. MCCARTHY, II, OF COUNSEL), FOR
PETITIONER.

-------------------------------------------------------------------------------------------------------

Proceeding pursuant to CPLR article 78 (initiated in the
Appellate Division of the Supreme Court in the Fourth Judicial
Department pursuant to CPLR 506 [b] [1]) to annul the determination of
respondent revoking the pistol permit of petitioner.

It is hereby ORDERED that the determination is unanimously
confirmed without costs and the petition is dismissed.

Entered:  June 8, 2012                          Frances E. Cafarell
                                                Clerk of the Court